JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PYRITE SERVICES, INC., a California corporation,<br><br>      Defendant. | CASE NO.: CV 08-03402 DDP (JWJx)<br><br>ASSIGNED TO THE HONORABLE DEAN D. PREGERSON<br><br>**JUDGMENT** |

This action having been commenced on May 22, 2008, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust and against defendant Pyrite Services, Inc., a California corporation, and for good cause shown,

///

///

1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2 |     Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the
3 | Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers
4 | Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust
5 | shall recover from defendant Pyrite Services, Inc., a California corporation, the principal
6 | amount of $70,267.81, together with post-judgment interest thereon at the rate of eight
7 | percent (8%) per annum from July 15, 2008, until paid in full.

9 | DATED: July 29, 2008

                                      UNITED STATES DISTRICT JUDGE

2

Judgment

150009.1